UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Dallas Mudd,<br><br>      Plaintiff,<br><br> v.<br><br>National Labor Relations Board, et al.,<br><br>      Defendants. | Civil Action No. 4:24-cv-01055-O |

### MOTION FOR A PRELIMINARY INJUNCTION AND TO CONSOLIDATE A HEARING ON THE PRELIMINARY INJUNCTION WITH A TRIAL ON THE MERITS

 Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Dallas Mudd moves this Court to issue a preliminary injunction and to consolidate a hearing on the preliminary injunction with a trial on the merits. Given this case presents only legal issues, the Court may issue final judgment in lieu of preliminary relief. This Motion is supported by a Memorandum of Points and Authorities.

November 4, 2024

                <u>/s/ Aaron Solem</u>
                Aaron Solem (admitted *pro hac vice*)
                c/o National Right to Work Legal Defense
                Foundation, Inc.
                8001 Braddock Road, Suite 600
                Springfield, VA 22160
                (703) 321-8510 (phone)
                (703) 321-9319 (fax)
                abs@nrtw.org

                *Attorney for Plaintiff Dallas Mudd*

## CERTIFICATE OF CONFERENCE

I conducted a conference with Dawn Goldstein, Paul Thomas, Kevin Flanagan, David Boehm, and Kent Coupe of the NLRB by email on November 1 and 4, 2024, regarding the relief sought herein. No agreement could be reached because the NLRB opposes the injunction sought and opposes consolidating a hearing on the motion with a trial on the merits.

/s/ Aaron Solem
Aaron Solem

## CERTIFICATE OF SERVICE

I filed this motion with the Court via ECF. Defendants have not filed their notice of appearance but have agreed to service by email. Today, November 4, 2024, I emailed a copy of the motion to NLRB counsel listed below:

Dawn Goldstein
Paul Thomas
Kent Coupe
Kevin Flanagan
David Boehm
NLRB Contempt Compliance & Special Litigation Branch
1015 Half Street SE
Fourth Floor
Washington, DC 20003
Dawn.Goldstein@nlrb.gov
Kent.Coupe@nlrb.gov
Kevin.Flanagan@nlrb.gov
David.Boehm@nlrb.gov

/s/ Aaron Solem
Aaron Solem