# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| Dallas Mudd,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>National Labor Relations Board, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 4:24-cv-01055-O |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Upon consideration of Plaintiff Dallas Mudd's Motion for a Preliminary Injunction, based on the arguments contained therein, the evidence submitted, and any argument in open court, it is hereby ordered that the motion is GRANTED. The Court finds that Mudd has shown a likelihood of success on the merits of his claims, a likelihood of irreparable harm in the absence of preliminary relief, and that the balance of the equities and public interest favor of the injunction. All administrative proceedings in National Labor Relations Board Case 16-RD-351569 are hereby stayed and enjoined in all respects pending further order of this Court.

　　SO ORDERED this ____ day of _____ 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　REED O'CONNOR
　　　　　　　　　　　　　　　　　United States District Judge