# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| Dallas Mudd,<br><br>              Plaintiff,<br><br>v.<br><br>National Labor Relations Board, et al.,<br><br>              Defendants. | Civil Action No. 4:24-cv-01055-O |

## DECLARATION OF AARON SOLEM

I, Aaron Solem, declare as follows:

    1.    I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

    2.    I am an attorney at the National Right to Work Legal Defense Foundation, Inc. and I am one of Plaintiff Dallas Mudd's attorneys in this action.

    3.    In this case, Mudd seeks a declaratory judgment that the removal protections for National Labor Relations Board (NLRB) Members in 29 U.S.C. §153(a) violate Article II of the Constitution.

    4.    Mudd has offered three exhibits in support of this action and cited to two of them in his Memorandum of Points and Authorities in Support of His Motion for a Preliminary Injunction and to Proceed to a Trial on the Merits.

5. What was filed as Exhibit A to the Complaint (ECF Doc. 1) is a true and correct copy of NLRB Region 16's decision and order dismissing Mudd's petition in NLRB Case No. 16-RD-351569.

6. What was filed as Exhibit B to the Complaint (ECF Doc. 1) is a true and correct copy of the NLRB Complaint in *Aunt Bertha, a public benefit corporation D/B/A Findhelp* Case Nos. 16-CA-311267, 16-CA-312143, 16-CA-318102, 16-CA-318170, and 16-CA-313516, I obtained on Pacer.gov from the docket of *Aunt Bertha v. NLRB*, No. 24-cv-798.

7. Mudd's Request for Review of NLRB Region 16's decision to dismiss his decertification petition in NLRB Case No. 16-RD-351569 was originally due October 23, 2024. On October 18, Mudd's counsel received an extension from the Office of the Executive Secretary of the National Labor Relations Board to file his Request for Review on or before November 6, 2024.

8. Mudd's counsel will file his Request for Review in NLRB Case No. 16-RD-351569 on November 6, 2024. In my experience practicing before the Board, these types of Requests for Review are typically resolved within four to eight months. For example, in *Busler v. NLRB*, Case No. 4:24-cv-00072-O, Reed Busler's administrative Request for Review in a similar type of case, involving a decertification petition dismissed due to pending unfair labor practice claims, was resolved 7 months after he filed it with the Board. *See Id.* ECF Doc. 1 (Request for Review filed January 9, 2024); ECF Doc. 28-1 (Board Order denying Request for Review, dated August 9,

2024). I base this estimate on my knowledge and experience of practicing before the Board for twelve years and filing numerous Requests for Review.

Executed: November 4, 2024

*[signature]*

Aaron Solem (admitted *pro hac vice*)
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, VA 22160
(703) 321-8510 (phone)
(703) 321-9319 (fax)
abs@nrtw.org

*Attorney for Plaintiff Dallas Mudd*