# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| DALLAS MUDD,<br><br>                    Plaintiff,<br><br>     v.<br><br>NATIONAL LABOR RELATIONS BOARD, et al.,<br><br>                    Defendants. | Civil Action No. 4:24-cv-01055-O<br><br>**JOINT NOTICE** |

Plaintiff Dallas Mudd and Defendants National Labor Relations Board, et al., (collectively "NLRB") file this joint notice in response to the Court's November 5, 2024, Order (ECF 19). The Court ordered the parties to confer and agree upon a joint briefing schedule on Mudd's Motion for a Preliminary Injunction and to Consolidate a Hearing on the Preliminary Injunction with a Trial on the Merits. The parties conferred via email and ask the Court to establish the following schedule:

- The NLRB's Response will be filed by November 25, 2024;
- Mudd's Reply will be filed by December 5, 2024.

Respectfully submitted,

/s/ Aaron Solem
Aaron Solem
C/o National Right to Work
 Legal Defense Foundation, Inc.,
8001 Braddock Road, Suite 600
Springfield, VA 22160
Phone: 703-321-8510
Fax: 703-321-9319
abs@nrtw.org
*Attorney for Dallas Mudd*
Dated: November 12, 2024

/s/ Kent J. Coupe
Kent J. Coupe (admitted pro hac vice)
Attorney
NATIONAL LABOR RELATIONS BOARD
Contempt Compliance &
Special Litigation Branch
1015 Half Street SE – Fourth Floor
Washington, DC 20003
Tel: (202) 273-1708
Fax: (202) 273-4244
kent.coupe@nlrb.gov

*Attorney for the NLRB*
Dated: November 12, 2024

2

## CERTIFICATE OF SERVICE

    I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ Aaron Solem
Aaron Solem