IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DALLAS MUDD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-01055-O |
| | § | |
| NATIONAL LABOR RELATIONS BOARD, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are putative intervenor, Office and Professional Employees International Union's ("OPEIU") Motion to Intervene and Brief/Memorandum in Support (ECF Nos. 22–23), filed November 11, 2024; Plaintiff's Response (ECF No. 33), filed December 2, 2024; and OPEIU's Reply (ECF No. 25), filed December 16, 2024. Defendants are **ORDERED** to file a response no later than **January 23, 2025**, explaining their analysis as to why OPEIU is entitled to intervene.

**SO ORDERED** on this **16th day** of **January, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE