# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **DALLAS MUDD,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 4:24-cv-01055-O |
| § | |
| **NATIONAL LABOR RELATIONS** § | |
| **BOARD, ET AL.,** § | |
| § | |
| **Defendants.** § | |
| § | |

## ORDER

Before the Court are Plaintiff's Motion for a Preliminary Injunction and Brief/Memorandum in Support (ECF Nos. 17–18), filed November 4, 2024; Defendants' Response (ECF No. 32), filed November 25, 2024; and Plaintiff's Reply (ECF No. 34), filed December 4, 2024.

To resolve the Motion, the Court **ORDERS** that oral argument be held on **January 30, 2025, at 9:00 AM** in the Second Floor Courtroom of the Federal Courthouse located at 501 West 10th Street, Fort Worth, Texas 76102.

**SO ORDERED** on this **16th day** of **January, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE